# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 08CV4253

**Plaintiff:**
Charles E. Anderson, Trustee on behalf of the Painter's District Council No. 30 Health and Welfare Fund, et al.

vs.

**Defendant:**
Perna Painting & Decorating, Inc. an Illinois corporation, and John Perna in his individual capacity, and Maria Perna in her individual capacity

**For:**
Jacobs, Burns, Orlove,
Stanton & Hernandez, Attn: Penny
122 S. Michigan Ave., # 1720
Chicago, IL 60603-6145

Received by Front Range Legal Process Service, Inc. to be served on **John Perna, 253 West Denver,, Des Plaines, IL 60018**.

I, Art Contreras, being duly sworn, depose and say that on the **3rd day of August, 2008 at 8:55 am**, I:

**SUBSTITUTE** served by delivering a true copy of the Summons; Complaint with the date and the hour of service endorsed thereon by me to: **Marie Perna as Spouse** at the address of: **253 West Denver,, Des Plaines, IL 60018**, the within named person's usual place of Abode, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'3", Weight: 130, Hair: Lt Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 4th day of August, 2008 by the affiant who is personally known to me.

Notary public

OFFICIAL SEAL
REBECCA M. RUSCH
Notary Public - State of Illinois
My Commission Expires Aug 28, 2011

Art Contreras
Process Server

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008006079

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Charles E. Anderson, Trustee, on behalf of the Painters' District Council No. 30 Health and Welfare Fund, et al.,

V.

PERNA PAINTING & DECORATING, INC. an Illinois corporation, and JOHN PERNA in his individual capacity, and MARIA PERNA in her individual capacity

CASE NUMBER: 08CV4253

ASSIGNED JUDGE: JUDGE MORAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

John Perna
253 W Denver
Des Plaines, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 606063-6145

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK



July 28, 2008

Date